```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,
               Plaintiff,

    - against -

HOMERIC CONTRACTING CO. INC.,
               Defendant.

24-cv-7273 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    A petition to confirm an arbitration award has been filed with this Court.

    The respondent shall serve and file papers in response to the petition by October 28, 2024.

    The petitioner shall serve and file any reply papers by November 12, 2024.

    The petitioner is directed to serve a copy of this order along with the petition on the respondent.

SO ORDERED.
Dated:    New York, New York
           October 1, 2024

                                                John G. Koeltl
                                     United States District Judge