UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

        Petitioner,

- against -

HOMERIC CONTRACTING CO. INC.,

        Respondent.

24-cv-7273 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

Pursuant to the Court's October 1, 2024 Order, the time for the respondent to respond to the petition to confirm the arbitration award was October 28, 2024. ECF No. 5. To date, no response has been filed.

The time for the respondent to respond to the petition is extended to **November 28, 2024**. If no response is filed, the Court will decide the petition based on the papers already submitted.

The petitioner should serve a copy of this Order on the respondent and file proof of service on the docket by **November 4, 2024**.

SO ORDERED.

Dated:    New York, New York
           October 30, 2024

                                    /s/ John G. Koeltl
                                  John G. Koeltl
                                United States District Judge