UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,
              Petitioner,

- against -

HOMERIC CONTRACTING CO. INC. D/B/A
HOMERIC CONTRACTING,
              Respondent.

24-cv-7273 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The petitioner has moved for a default judgment in connection with the petition to confirm arbitration. The Court will treat these papers as a request for summary judgment and issue a decision accordingly. See D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006). The petitioner should serve this Order on the respondent and note such service on the docket.

SO ORDERED.
Dated:    New York, New York
          January 13, 2025

                                      John G. Koeltl
                            United States District Judge