UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

           Petitioner,

- against -

HOMERIC CONTRACTING CO. INC. D/B/A
HOMERIC CONTRACTING,

           Respondent.

24-cv-7273 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The petitioner should submit a copy of the New York City School Construction Authority Project Labor Agreement and provide the basis for the award in favor of Christian Castro by January 27, 2025.

SO ORDERED.
Dated:    New York, New York
           January 18, 2025

                                        John G. Koeltl
                                  United States District Judge