UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DISTRICT COUNCIL OF NEW YORK
CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

       Petitioner,       24 **CIVIL** 7273 (JGK)

  -against-            **JUDGMENT**

HOMERIC CONTRACTING CO. INC.
D/B/A HOMERIC CONTRACTING,
       Respondent.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 28, 2025, The petition to confirm the arbitration award is granted. Judgment is hereby entered as follows:

1) In the amount of $440.40, allocated to Christian Castro; $2,642.40, allocated to the Union; $2,694.16, allocated to the NYCDCC Benefit Funds; and $850.00, allocated to Arbitrator Richard Adelman; plus prejudgment interest at the statutory rate accruing from June 8, 2024 to the entry of the judgment in the amount of $384.00. (2) Attorney's fees in the amount of $1,920.00; (3) Court costs in the amount of $659.83; accordingly, the case is closed.

**Dated:** New York, New York
     January 29, 2025

                 TAMMI M. HELLWIG
                _____
                  **Clerk of Court**

            BY: _[signature]_____
                  **Deputy Clerk**